In the Matter of the Accounting of NATHANIEL CURTIS, as Administrator of PHILIP CURTIS, Deceased.
WILLIAM W. CASWELL, Appellant; MARY O. CURTIS, Respondent.

*Matter of Curtis*, 188 App. Div. 470, affirmed.
(Argued January 19, 1920; decided February 24, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 13, 1919, which modified and affirmed as modified a decree of the New York County Surrogate's Court judicially settling the accounts of the administrator of Philip Curtis, deceased. By the modification a claim of the divorced wife of the deceased for accrued alimony was allowed as a preferred claim against his estate.

*Albert F. Jaeckel, Bridgham Curtis* and *Joseph A. Nickerson* for appellant.

*Thomas F. Galvin* for respondent.

*Frederick P. Schenck* and *William H. Osborne* for administrator.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.